IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR211

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JACK WILLIAM WADKINS ) | |

**THIS MATTER** is before the Court on the Government's motion *in limine* to allow the introduction into evidence at trial of the Defendant's prior plea agreement.

The Defendant has failed to respond to the motion. The Court finds, on the reasoning of *United States v. Scruggs*, 356 F.3d 539, 546 (4th Cir. 2004), that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's motion *in limine* is hereby **GRANTED.**

2

**Signed: September 9, 2005**

Lacy H. Thornburg
United States District Judge