UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

FILED
IN COURT
BRYSON CITY, N. C.

Case Number: 2:05cr211

OCT 3 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| JACK WILLIAM WADKINS ) | |
| Defendant ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 3rd day of October 2005.

_____
United States Judge Presiding