# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:05cr211

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| JACK WILLIAM WADKINS, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

THIS CAUSE coming on to be heard and being heard, pursuant to request of the defendant for the return of his passport issued by the United States Department of State. The defendant was ordered to provide his passport to the United States Probation Office pursuant to terms and conditions of pretrial release that were entered by the undersigned on August 5, 2005 and it appearing to the court that the defendant entered a plea of not guilty; that the charges against him were tried before a jury and that verdicts of not guilty were issued on all charges against the defendant and as a result thereof, the defendant is entitled to be released from the terms and conditions of pretrial release and he is entitled to an order directing that the United States Probation Office return the passport to the defendant.

IT IS THEREFORE **ORDERED** that the United States Probation Office return the passport of the defendant to him forthwith and without delay.

**Signed: October 5, 2005**

_Dennis E. Howell_

Dennis L. Howell
United States Magistrate Judge